

APR 28 2026 AM 11:53
FILED - USDC - FLMD - TPA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA**
**CIVIL DIVISION**

---

**DALE ROBERT JAVINO,**
Plaintiff,

v.

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee for GSAA Home Equity Trust 2006-9,
Asset-Backed Certificates, Series 2006-9;
**CLARIBEL LOPEZ;**
**FELIX RODRIGUEZ;**
**DEANA CHELI;**
**PHH MORTGAGE CORPORATION;**
**OCWEN LOAN SERVICING, LLC;**
**McCABE, WEISBERG & CONWAY, LLC,**
And others whom will be gleaned through discovery,
Defendants.

**CIVIL RICO COMPLAINT 18 USC 1961-1968**

DOCKET NO. _8:26·CV-1235-TPB-SPF_

---

**JURY TRIAL DEMANDED**

---

**COMPLAINT**

(Civil RICO – 18 U.S.C. §§ 1961–1968; Supplemental State Claims)

---

**I. PARTIES**

1. **Plaintiff DALE ROBERT JAVINO** is dual resident residing at 711 11th Avenue North, St Peterburg, Florida, during the winter months till June and usually in New York residing at 64B Senix Avenue, Center Moriches, NY 11934 till November.

2. **Defendant U.S. BANK NATIONAL ASSOCIATION** is a national banking association acting as trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9, with its principal office at 800 Nicollet Mall, Minneapolis, MN 55402.

3. **Defendant CLARIBEL LOPEZ** is Vice President of PHH Mortgage Corporation, residing and working at 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409.


TPA 74179
8405.

4. **Defendant FELIX RODRIGUEZ** is Vice President of PHH Mortgage Corporation, operating from 3000 Leadenhall Road, Mount Laurel, New Jersey 08054.

5. **Defendant DEANA CHELI** is an attorney employed by McCabe, Weisberg & Conway, LLC, 145 Huguenot Street, New Rochelle, NY 10801.

6. **Defendant PHH MORTGAGE CORPORATION** is a New Jersey corporation authorized to do business in Florida and successor by merger to Ocwen Loan Servicing LLC.

7. **Defendant OCWEN LOAN SERVICING, LLC** was a Florida limited liability company with offices at 1661 Worthington Road, West Palm Beach, FL 33409.

8. **Defendant McCABE, WEISBERG & CONWAY, LLC** is a professional legal corporation with offices in New York and Florida.

---

## II. JURISDICTION AND VENUE

9. This Court has **federal-question jurisdiction** under 18 U.S.C. § 1964(c) and 28 U.S.C. § 1331 because this is a civil RICO action alleging violations of 18 U.S.C. § 1962(c) and (d).

10. The Court also has **supplemental jurisdiction** under 28 U.S.C. § 1367 over related state-law claims of fraud and conspiracy.

11. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because substantial acts in furtherance of the racketeering scheme—including the creation and notarization of false affidavits and mortgage records—occurred in Palm Beach County, Florida.

---

## III. FACTUAL ALLEGATIONS

12. This action arises from a fraudulent mortgage-foreclosure enterprise headed by U.S. Bank National Association, as Trustee, and implemented through PHH Mortgage Corporation, Ocwen Loan Servicing, and the law firm McCabe, Weisberg & Conway, LLC.

13. In 2020, U.S. Bank—through attorney Deana Cheli—filed a foreclosure complaint in the Supreme Court of New York, Suffolk County, **without possession of the original note or any valid assignment** of mortgage.

14. Paragraph 31 of that state-court complaint expressly admitted that *the original signed documents were lost and unrecorded,* yet Defendants subsequently produced sworn affidavits falsely stating otherwise.

15. **Claribel Lopez,** acting as Vice President of PHH, executed on January 11, 2022 an *Affidavit of Indebtedness* in Palm Beach County claiming that PHH had maintained possession of the original note since 2017.

16. **Felix Rodriguez,** another PHH Vice President, executed on September 30, 2022 a *Testimony Before Referee* in Palm Beach County asserting that "Plaintiff owns the note and mortgage" and enclosing copies represented to be "true and correct," despite no original documents existing.

17. These sworn statements directly contradict the foreclosure complaint filed by Deana Cheli, which stated that the assignment and original note were lost and unavailable from the defunct assignor.

18. The false affidavits were mailed, electronically transmitted, and filed with the Suffolk County Clerk and used to procure court orders advancing the foreclosure, thereby employing **mail and wire fraud** (18 U.S.C. §§ 1341, 1343) as predicate acts under RICO.

19. Plaintiff invested over **$350,000** of personal funds into the property at 64B Senix Avenue, Center Moriches, New York, including substantial capital improvements, and continues to suffer loss of equity, title clouding, and litigation costs as a result of Defendants' coordinated scheme.

20. The **enterprise** consists of interconnected entities— PHH, Ocwen, U.S. Bank (as Trustee), and McCabe Weisberg & Conway—operating continuously to generate profits through unlawful foreclosure filings predicated on fabricated or "lost-note" documents.

21. The scheme has existed for many years and affects multiple borrowers across state lines, thereby demonstrating the *continuity* and *relatedness* necessary to constitute a "pattern of racketeering activity" under *H.J., Inc. v. Northwestern Bell Tel. Co.*, 492 U.S. 229 (1989).

---

## IV. CAUSES OF ACTION

### COUNT I – CIVIL RICO (18 U.S.C. § 1962(c))

22. Plaintiff incorporates paragraphs 1 through 21.

23. Each Defendant is a "person" within the meaning of 18 U.S.C. § 1961(3) and associated with an "enterprise" whose activities affect interstate commerce.

24. Defendants conducted and participated, directly and indirectly, in the conduct of the enterprise's affairs through a pattern of racketeering activity comprised of multiple acts of mail and wire fraud, falsification of public records (Fla. Stat. § 817.535), and interstate transmission of fraudulent affidavits.

25. Plaintiff sustained business and property injury exceeding $350,000 as a direct and proximate result.

## COUNT II – RICO CONSPIRACY (18 U.S.C. § 1962(d))

26. Defendants knowingly agreed and conspired to violate § 1962(c) through coordinated filing and notarization of false instruments designed to obtain property by fraud.

27. Overt acts include execution of the Lopez (Jan. 2022) and Rodriguez (Sept. 2022) affidavits in West Palm Beach, their interstate filing in New York, and submission by Cheli and McCabe Weisberg & Conway to the state court record.

## COUNT III – COMMON LAW FRAUD AND MISREPRESENTATION

28. Defendants made material false statements of fact regarding possession and ownership of the note and mortgage; Plaintiff and the courts relied upon these statements to Plaintiff's detriment.

29. The misrepresentations were willful, malicious, and intended to induce the foreclosure sale of Plaintiff's property.

---

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff demands:

1. Actual damages exceeding $350,000, trebled pursuant to 18 U.S.C. § 1964(c);
2. Punitive damages against each Defendant for knowing and willful misconduct;
3. A declaratory judgment voiding all fraudulent mortgage assignments and affidavits relating to 64B Senix Avenue;
4. An injunction prohibiting continued use of false documents in any foreclosure or enforcement proceeding;
5. Costs of suit and reasonable attorney's fees under 42 U.S.C. § 1988 and 18 U.S.C. § 1964(c); and
6. Any further relief this Court deems just and proper.

---

## VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: April 26, 2026
Center Moriches, New York

Respectfully submitted,

/s/ Dale Robert Javino

*DALE ROBERT JAVINO, pro se*
64B Senix Avenue
Center Moriches, NY 11934
Tel: (212) 390-1494
Email: NYC21161@aol.com

**Service List (for initial filing):**
U.S. Bank National Association — 800 Nicollet Mall, Minneapolis MN 55402
PHH Mortgage Corporation — 3000 Leadenhall Rd, Mt Laurel NJ 08054
Ocwen Loan Servicing LLC — 1661 Worthington Rd Ste 100, West Palm Beach FL 33409
Claribel Lopez & Felix Rodriguez — c/o PHH Mortgage Corp. same address
Deana Cheli —
 McCabe Weisberg & Conway LLC 145 Huguenot St Suite 210, New Rochelle NY 10801